Christopher G. Varallo, WSBA No. 29410  **Hon. James L. Robart**
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com

*Attorneys for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PAUL J. BECK and LIN O. BECK, | Case No.: 2:17-cv-00882-JLR |
| Plaintiffs, | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2N; MERS; BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE, LLC, | |
| Defendants. | |

THIS MATTER having come before the Court upon the Stipulation re: Extension of Time to File Responsive Pleading entered into by Plaintiffs Paul J. Beck and Lin O. Beck and Defendant Bank of America, N.A., and the Court having reviewed the records and files herein,

IT IS HEREBY ORDERED that Defendant Bank of America, N.A. is hereby GRANTED an extension of time, up to and including July 27, 2017, to file and serve its pleading responsive to Plaintiffs' Complaint.

ORDER GRANTING EXTENSION OF TIME TO
FILE RESPONSIVE PLEADING - 1
Case No.: 2:17-cv-00882-JLR
S1572532.DOCX

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

IT IS SO ORDERED.

DATED this 14th day of July, 2017.

_____
HON. JAMES L. ROBART

*Submitted by:*

WITHERSPOON · KELLEY

s/ *Christopher G. Varallo*
Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
*Attorneys for Defendant Bank of America, N.A.*

*Stipulated to:*

PACIFIC PROPERTY LAW LLC

s/ *John A. Cochran*
John A. Cochran, WSBA No. 38909
*Attorneys for Plaintiffs*

ORDER GRANTING EXTENSION OF TIME TO
FILE RESPONSIVE PLEADING - 2
Case No.: 2:17-cv-00882-JLR
S1572532.DOCX



WK WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728