James P. Laurick, WSBA No. 33320
jlaurick@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
732 NW 19th Avenue
Portland, Oregon 97209
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Defendants U.S. Bank National
Association, Nationstar Mortgage, LLC and MERS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| PAUL J. BECK and LIN O. BECK,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2N; MERS; BANK OF AMERICA N.A.; NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | Case No. 2:17-cv-00882-JLR<br><br>**ORDER TO EXTEND DATE FOR RESPONSE TO COMPLAINT** |

## ORDER

Defendants U.S. Bank National Association, as trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-2N, Mortgage Electronic Registration Systems, Inc., and Nationstar Mortgage, LLC ("Nationstar Defendants"), and Plaintiffs Paul J. and Lin O. Beck ("Plaintiffs"), by and through their respective attorneys of record, having stipulated to extend the date for the Nationstar Defendants to respond to Plaintiffs' Complaint, **NOW THEREFORE** for

///

ORDER TO EXTEND DATE FOR RESPONSE TO
COMPLAINT - 1
(No. 2:17-cv-00882-JLR)

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

1  good cause shown, it is hereby **ORDERED** that the date for the Nationstar Defendants to
2  respond to the Complaint be, and hereby is, extended through and including August 11, 2017.

3
4  Dated this 10th day of August, 2017.
5
6  _____
7  James L. Robart
   UNITED STATES DISTRICT JUDGE
8

9  *Presented by:*

10 KILMER, VOORHEES & LAURICK, PC
11 */s/ James P. Laurick*
   James P. Laurick, WSBA No. 33320
12 732 NW 19th Avenue
   Portland, Oregon 97209
13 Telephone: (503) 224-0055
14 Fax No.: (503) 222-5290
   jlaurick@kilmerlaw.com
15 *Of Attorneys for Defendants U.S. Bank National Association,*
   *as trustee for Lehman XS Trust Mortgage Pass-Through*
16 *Certificates, Series 2006-2N, Mortgage Electronic*
   *Registration Systems, Inc., and Nationstar Mortgage, LLC*
17

18
   *Agreed as to Form; Presentment Waived:*
19

20 PACIFIC PROPERTY LAW, LLC
   */s/ John A. Cochran*
21 John A. Cochran, WSBA #38909
   PACIFIC PROPERTY LAW, LLC
22 8002 NE Hwy 99, Ste. B, #64
23 Vancouver, WA 98665
   Telephone: (503) 756-0299
24 Facsimile: (360) 953-8083
   john@pplllc.com
25 *Attorneys for Plaintiffs Paul J.*
   *and Lin O. Beck*
26

**ORDER TO EXTEND DATE FOR RESPONSE TO**
**COMPLAINT - 2**
(No. 2:17-cv-00882-JLR)

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

## CERTIFICATE OF SERVICE

1  
2   I certify that on this 3rd day of August, 2017, the foregoing **ORDER TO EXTEND DATE FOR RESPONSE TO COMPLAINT** will be served in accordance with the Court's
3  
4   CM/ECF system which will send notification of such filing by notice via email to the ECF
5   participants of record a true copy of the foregoing document.
6                            KILMER VOORHEES & LAURICK, P.C.
7  
8                            */s/ James P. Laurick*
9                            James P. Laurick, WSBA No. 33320
                              jlaurick@kilmerlaw.com
10                         732 NW 19th Avenue
                         Portland, OR 97209
11                         Phone No.: (503) 224-0055
                       Fax No.: (503) 222-5290
12                         Of Attorneys for Defendants U.S. Bank National Association, Nationstar Mortgage, LLC and MERS
13                         I:\9999\JPL\Reed Smith - Beck\Pleadings\Order to Extend Date.docx
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

CERTIFICATE OF SERVICE - 1
(No. 2:17-cv-00882-JLR)

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290