# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAUL J. BECK, et al., | CASE NO. C17-0882JLR |
| Plaintiffs, | SHOW CAUSE MINUTE ORDER |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by September 11, 2017, why this action should not be dismissed for failing to comply with Order Requiring Joint Status Report

//

//

//

signed July 14, 2017, and due August 18, 2017.  Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 1st day of September, 2017.

                                        WILLIAM M. MCCOOL
                                        Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk