Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com

Hon. James L. Robart

*Attorneys for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PAUL J. BECK and LIN O. BECK,<br><br>  Plaintiffs,<br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2N; MERS; BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE, LLC,<br><br>  Defendants. | Case No.: 2:17-cv-00882-JLR<br><br>ORDER OF DISMISSAL |

THIS MATTER, having come before the Court upon the Stipulation of Plaintiffs Paul J. Beck and Lin O. Beck and Defendants Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc. ("MERS"), by and through their respective counsel of record, and the Court having reviewed the Stipulation for Dismissal With Prejudice,

NOW, THEREFORE IT IS HEREBY ADJUDGED that any and all claims of Plaintiffs Paul J. Beck and Lin O. Beck against Defendants Bank of America, N.A. and MERS are

ORDER OF DISMISSAL - 1
Case No.: 2:17-cv-00882-JLR
S1595443.DOCX

WK WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

dismissed with prejudice and without costs or fees to any party, and that this matter is dismissed with prejudice as to Bank of America, N.A. and MERS, <u>only</u>.

DATED: September 11th, 2017

HON. JAMES L. ROBART

*Presented by:*

WITHERSPOON · KELLEY

*s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
*Attorneys for Defendant Bank of America, N.A.*

*Agreed as to Form; Presentment Waived:*

PACIFIC PROPERTY LAW LLC

*s/ John A. Cochran*
John A. Cochran, WSBA No. 38909
*Attorneys for Plaintiffs*

KILMER, VOORHEES & LAURICK, P.C.

*s/ James P. Laurick*
James P. Laurick, WSBA No. 33320
*Attorneys for Defendant MERS*



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728