UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL J. BECK, et al.,<br><br>                  Plaintiffs,<br><br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>                  Defendants. | CASE NO. C17-0882JLR<br><br>ORDER REGARDING SCHEDULING OF DEFENDANTS' MOTION TO DISMISS |

On September 18, 2017, the court granted Plaintiffs' unopposed motion for an extension of time to file a response to Defendants' motion to dismiss. (9/18/17 Order (Dkt. # 20).) The court's order grants Plaintiffs an extension until Tuesday, September 26, 2017, to file their response. (*See id.* at 3.) Accordingly, the court ORDERS Defendants to file their reply memorandum, if any, no later than Monday, October 2, 2017, and also DIRECTS the Clerk to renote Defendants' motion to dismiss (Dkt. # 10) for that same day.

The court also notes that this case is in its preliminary stages and Plaintiffs' counsel has already twice missed a court deadline due at least in part to his heavy caseload. (*See* OSC (Dkt. # 12); OSC Resp. (Dkt. # 13); Mot. for Extension (Dkt. # 17); 9/18/17 Order.) The court warns Plaintiffs' counsel that he must arrange his practice in a manner that permits him to meet the court deadlines and other obligations that this litigation entails. The court will not continue to indulge counsel's failure to adhere to its scheduling orders and other deadlines without imposing consequences.

Dated this 19th day of September, 2017.

JAMES L. ROBART
United States District Judge